UNITED STATES of America,
Plaintiff–Appellee,

v.

Moises Eliseo GARDUNO–HERMOSA,
Defendant–Appellant.

No. 04–41090.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 17, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Moises Eliseo Garduno–Hermosa (Garduno) appeals the sentence imposed following his conviction for conspiracy to possess with intent to distribute in excess of five kilograms of cocaine. Garduno argues for the first time on appeal that the district court erred by sentencing him under a mandatory sentencing guidelines scheme, that this issue is subject to de novo review, and that prejudice should be presumed. *See United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

Garduno concedes that pursuant to *United States v. Mares,* 402 F.3d 511 (5th Cir.2005), *petition for cert. filed* (Mar. 31, 2005) (No. 04–9517), plain error review applies and that he cannot establish that the district court's error affected his substantial rights. He raises the issue solely to preserve Supreme Court review.

Because Garduno has not established that the district court plainly erred in sentencing him, his sentence is AFFIRMED. *See United States v. Valenzuela–Quevedo,* 407 F.3d 728, 732–34 (5th Cir.2005), *petition for cert. filed* (July 25, 2005) (No. 05–5556).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.